People v Sanchez (2023 NY Slip Op 05623)

People v Sanchez

2023 NY Slip Op 05623

Decided on November 8, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 8, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
ROBERT J. MILLER
BARRY E. WARHIT
LAURENCE L. LOVE, JJ.

2019-02960
 (Ind. No. 4477/18)

[*1]The People of the State of New York, respondent,
v
Danauri Sanchez, appellant.

Patricia Pazner, New York, NY (Mark W. Vorkink of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Diane R. Eisner of counsel; Lauren Slattery on the brief), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Martin P. Murphy, J.), rendered February 5, 2019, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is modified, as a matter of discretion in the interest of justice, by vacating the imposition of mandatory surcharges and fees; as so modified, the judgment is affirmed.
Contrary to the defendant's contention, the period of postrelease supervision imposed as part of the sentence was not excessive (see People v Frazier, 211 AD3d 1033, 1034; People v Suitte, 90 AD2d 80). However, pursuant to the exercise of our interest of justice jurisdiction, and as the People do not oppose the granting of this relief, we waive the mandatory surcharges and fees imposed on the defendant at sentencing (see CPL 420.35[2-a][c]; see also People v Hunter, 203 AD3d 752, 753).
DILLON, J.P., MILLER, WARHIT and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court